UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK C. CHRISTENSON, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 23-10160-DJC |
| JOHN DOE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

**CASPER, J.**                                                                  **April 21, 2023**

In an Order dated January 23, 2023, the Court ordered plaintiff Mark Christenson to pay the $402.00 filing fee for commencing this action or seek leave to proceed *in forma pauperis*. D. 3. The Court informed Christenson that failure to comply with the order within twenty-one days could result in dismissal of the action without prejudice. The Clerk's office mailed a copy of the Order to Christenson on January 25, 2023.

On February 15, 2023, the copy of the Order that the Clerk had mailed to Christenson at the mailing address he provided was returned as undeliverable. D. 4. Because Christenson has not provided another address for service, the Order is deemed delivered and properly served, see Local Rule 83.5.5(h) (D. Mass.), and Christenson has taken no further action to indicate his interest in further prosecuting this case against a "John Doe" defendant who is not identified in the complaint and for which the complaint provides no basis for personal jurisdiction or subject matter jurisdiction. D. 1.

2

Given that the time period for complying with the Court's Order has elapsed without any response from Christenson and as otherwise stated above, the Court orders that this action be DISMISSED WITHOUT PREJUDICE.

**So Ordered.**

                                         /s Denise J. Casper
                                         Denise J. Casper
                                         United States District Judge